STATE OF MAINE                          SUPERIOR COURT
SAGADAHOC, ss                           CRIMINAL ACTION
                                        DOCKET NO. CR-05-038

STATE OF MAINE

            v.                          ORDER ON DEFENDANT'S
                                        MOTION TO SUPPRESS AND
JOHN TOUCHTON,                          MOTION TO DISMISS

            Defendant

The defendant argues that the search warrant is defective on its face based on the language on page three of the warrant and that the affidavit does not provide a substantial basis for a finding of probable cause. For the following reasons, the motion to suppress is denied.

The affidavit provides the officer's rationale for requesting a "no knock and night time warrant." See Affidavit at 9; M.R. Crim. P. 41(i). The warrant provides that "this warrant may be executed in the daytime or nighttime between the hours of 7:00 a.m. and 7:00 a.m." See Warrant at 3; M.R. Crim. P. 41(h). Evidence "obtained in objectively reasonable reliance on a subsequently invalidated search warrant" need not be suppressed in every case. U.S. v. Leon, 468 U.S. 897, 922 (1984). Assuming that the warrant in this case is defective, nothing in this case suggests that the officers' reliance on the technical sufficiency of the warrant was not objectively reasonable. See id. The defect, if any, in this warrant is not so facially deficient to establish a lack of good faith on the part of the officers and is not the kind to alert the executing officers. See U.S. v. Dethlefs, 883 F.Supp. 766, 773-74 (D. Me. 1995).

1

The affidavit contains sufficient facts to establish probable cause that a crime had been committed on the premises to be searched and to justify issuance of the warrant. See State v. Crowley, 1998 ME 187, ¶ 4, 714 A.2d 834, 836.

The entry is

The Motion to Suppress is DENIED.

The Motion to Dismiss is DENIED.

Date: September 8, 2005

Nancy Mills
Justice, Superior Court

STATE OF MAINE
  vs
JOHN TOUCHTON
786 CARDING MACHINE ROAD
BOWDOINHAM ME 04008

SUPERIOR COURT
SAGADAHOC, ss.
Docket No  BATSC-CR-2005-00038

**DOCKET RECORD**

DOB: 01/09/1957
Attorney: ANDREWS CAMPBELL
        CAMPBELL LAW OFFICE
        45 KALERS CORNER ROAD
        WALDOBORO ME 04572
        RETAINED 03/25/2005

State's Attorney: GEOFFREY RUSHLAU

Filing Document: INDICTMENT
Filing Date: 03/24/2005

Major Case Type: FELONY (CLASS A,B,C)

## Charge(s)

1   UNLAWFUL TRAFFICKING IN SCHEDULED DRUGS   01/20/2005 BOWDOINHAM
Seq 8541   17-A   1103(1-A)(A)        Class B
  WOODMAN                  / MDE

2   UNLAWFUL POSSESSION OF SCHEDULED DRUG   01/20/2005 BOWDOINHAM
Seq 8568   17-A   1107-A(1)(B)(1)       Class C
  WOODMAN                  / MDE

3   CRIMINAL FORFEITURE OF PROPERTY   01/20/2005 BOWDOINHAM
Seq 7049   15      5826        Class U
  WOODMAN                  / MDE

## Docket Events:

03/24/2005 FILING DOCUMENT -  INDICTMENT FILED ON 03/24/2005

       TRANSFER -  BAIL AND PLEADING GRANTED ON 03/24/2005

       TRANSFER -  BAIL AND PLEADING REQUESTED ON 03/24/2005

03/24/2005 Charge(s): 1,2,3
       HEARING -  ARRAIGNMENT SCHEDULED FOR 04/07/2005 @ 1:00

       NOTICE TO PARTIES/COUNSEL
03/24/2005 Charge(s): 1,2,3
       HEARING -  ARRAIGNMENT NOTICE SENT ON 03/24/2005

03/24/2005 SUMMONS/SERVICE -  SUMMONS TO APPEAR FOR ARRAIGN ISSUED FOR 03/24/2005

03/25/2005 Party(s):  JOHN TOUCHTON
       ATTORNEY -  RETAINED ENTERED ON 03/25/2005

       Attorney: ANDREWS CAMPBELL
03/29/2005 BAIL BOND -  $2,500.00 CASH BAIL BOND FILED ON 03/29/2005

       Bail Receipt Type: CR
       Bail Amt: $2,500